### Alecia Y. FARLEY, Marvin A. Farley, Plaintiffs–Appellants,

v.

### BANK OF AMERICA, N.A.; Bank of America, N.A., as Successor by Merger to Bac Home Loans Servicing, L.P., Defendants–Appellees.

#### No. 14–2215.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2015.

Decided: March 4, 2015.

Alecia Y. Farley, Marvin A. Farley, Appellants Pro Se. Michael T. Hosmer, Mcguirewoods, LLP, Charlotte, North Carolina, for Appellees.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alecia Y. Farley and Marvin A. Farley seek to appeal the district court's order ruling on several pretrial motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order the Farleys seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*